390 A.2d 1264
### In re ADOPTION OF BABY GIRL C.

**Appeal of Joyce CORTESE, natural mother, and Harvey David Johns and Marian L. Johns, his wife, adoptive parents at No. 245 March Term, 1977.**

**Appeal of Robert BLACKWELL at No. 247 March Term, 1977.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1978.

Decided Sept. 26, 1978.

Elizabeth Bailey, Murrysville, for appellants at No. 245 and appellee at No. 247.

Paul F. Laughlin, Laughlin & Michalek, Pittsburgh, for appellant at No. 247 and appellee at No. 245.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

### OPINION

PER CURIAM.

Appeal at No. 247 is quashed. Decree of the Court of Common Pleas of Allegheny County, Orphans' Court Division, at 108 of 1976, is affirmed.

Each party to pay own costs.

The record is remanded to the Court of Common Pleas with directions to proceed to dispose of the custody issue without undue delay.